UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER, | No. 2:17-cv-1949 DB P |
| Plaintiff, | |
| v. | ORDER |
| DIRECTOR OF CDCR, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file his request to proceed in forma pauperis pursuant to the court's order of October 2, 2017. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 5) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file his request to proceed in forma pauperis.

DATED: October 25, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-civil rights/hamm1949.36ifp