UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMMLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIRECTOR OF CDCR, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-1949 MCE DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 14, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 14.) Plaintiff has not filed objections to the findings and recommendations. However, plaintiff has filed a response to the findings and recommendations. (ECF No. 21.)

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1

1. The findings and recommendations filed March 14, 2018 (ECF No. 14), are adopted in full;

2. Plaintiff's motion for preliminary injunction (ECF No. 7) is denied;

3. Plaintiff's motion for class certification (ECF No. 10) is denied; and

4. The California Department of Corrections and Rehabilitation is dismissed as a defendant.

IT IS SO ORDERED.

Dated: April 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE