1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     ALLEN HAMMLER,                                No.  2:17-cv-01949 MCE DB P

12                  Plaintiff,

13          v.                                        ORDER

14     DIRECTOR OF CDCR, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights

18     action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19     Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On December 7, 2018, the magistrate judge filed findings and recommendations herein

21     which were served on plaintiff and which contained notice to plaintiff that any objections to the

22     findings and recommendations were to be filed within fourteen days.  (ECF No. 30.)  Plaintiff has

23     not filed objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25     supported by the record and by the magistrate judge's analysis.

26     ////

27     ////

28     ////

                                                     1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed December 7, 2018 (ECF No. 30), are adopted in full; and

2.  Plaintiff's motion for injunctive relief (ECF No. 27) is denied.

IT IS SO ORDERED.

Dated:  January 22, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE