UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER, | No. 2:17-cv-01949 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| DIRECTOR OF CDCR, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 4, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 39.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 44.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 4, 2019, are adopted in full; and

2. Plaintiff's motion for injunctive relief (ECF No. 38) is denied.

IT IS SO ORDERED.

Dated: April 22, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE