UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTOR OF CDCR, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-1949 MCE DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims prison officials have failed to provide him with safe living conditions in violation of the Eighth Amendment. Presently before the court is plaintiff's motion to amend. (ECF No. 49.)

By order dated May 20, 2019, the court referred this case to the Post-Screening ADR (Alternative Dispute Resolution) Project and imposed a 120-day stay of this action. Thereafter, plaintiff filed a motion to amend (ECF No. 49) and a proposed second amended complaint (ECF No. 50). The court will direct defendant to file a response to plaintiff's motion to amend. However, this action remains stayed in all other respects.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that defendant shall file and serve a response to plaintiff's motion to amend within fourteen days.

Dated: June 7, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DB/prisoner-civil rights/hamm1049.am'd